# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

## AT JACKSON

## NOVEMBER 1997 SESSION

| | | |
|---|---|---|
| **STATE OF TENNESSEE,** | ) | **NO. 02C01-9611-CR-00430** |
| Appellee, | ) | |
| | ) | **SHELBY COUNTY** |
| **VS.** | ) | |
| | ) | **HON. JAMES C. BEASLEY, JR.,** |
| **LARRY E. PERRY,** | ) | **JUDGE** |
| | ) | |
| Appellant. | ) | (Habitual Motor Vehicle Offender) |

**FOR THE APPELLANT:**

**A. C. WHARTON, JR.**
Shelby County Public Defender

**WALKER GWINN**
Assistant Public Defender
201 Poplar Avenue, Suite 201
Memphis, Tennessee 38103

**FOR THE APPELLEE:**

**JOHN KNOX WALKUP**
Attorney General and Reporter

**GEORGIA BLYTHE FELNER**
Assistant Attorney General
450 James Robertson Parkway
Nashville, TN 37243-0493

**WILLIAM L. GIBBONS**
District Attorney General

**LEE V. COFFEE**
Assistant District Attorney
201 Poplar Avenue, Suite 301
Memphis, Tennessee 38103

**OPINION FILED: _____**

**AFFIRMED**

**JOE G. RILEY,**
**JUDGE**

## OPINION

Appellant, Larry E. Perry, contends the Habitual Motor Vehicle Offender Act (HMVO Act) violates double jeopardy principles. On July 1, 1996, appellant was declared an Habitual Motor Vehicle Offender (HMVO) based upon appropriate prior convictions. This appeal followed. We AFFIRM the order of the trial court.

The Tennessee Supreme Court and this Court have previously determined that double jeopardy is not violated by the habitual offender declaration. *See* State v. Conley, 639 S.W.2d 435, 437 (Tenn. 1982); State v. Watson, C.C.A. No. 02C01-9610-CR-00377 (Tenn. Crim. App. filed September 17, 1997, at Jackson); State v. Rowlett, C.C.A. No. 01C01-9605-CC-00211 (Tenn. Crim. App. filed August 22, 1997, at Nashville); State v. Spears, C.C.A. No. 02C01-9606-CR-00197 (Tenn. Crim. App. filed July 10, 1997, at Jackson). We continue to adhere to these holdings.

## CONCLUSION

For the foregoing reasons, we AFFIRM the judgment of the trial court.

_____
JOE G. RILEY, JUDGE

CONCUR:

_____
GARY R. WADE, JUDGE

_____
DAVID G. HAYES, JUDGE